IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SUSAN MATHIS                                              PLAINTIFF

V.                                    CIVIL ACTION NO. 4:06cv62TSL LRA

CINGULAR WIRELESS                                         DEFENDANT

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came on for hearing on the *ore tenus* motion to dismiss Defendant Cingular Wireless, and the Court, having considered the motion and being advised that Plaintiff has no objection to the motion, is of the opinion that the same is well-taken and should be and is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against Cingular Wireless be and the same are hereby dismissed without prejudice with each party to bear their respective costs.

SO ORDERED, this, the 26th day of February, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED BY:

/s/ Lance L. Stevens
LANCE L. STEVENS
Attorney for the Plaintiff

/s/ Margaret Sams Gratz
MARGARET SAMS GRATZ

Attorney for Cingular Wireless

Attorney for Cingular Wireless